UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINH HOANG PHAM, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; *et al.*, <br><br> Respondents. | No. CV25-1835-JHC-SKV <br><br> ORDER GRANTING SUPPLEMENTAL MOTION FOR BRIEFING SCHEDULE AND REQUEST TO WITHDRAW REFERENCE TO MAGISTRATE JUDGE |

THE COURT has considered Vinh Hoang Pham's unopposed motion for a briefing schedule and request to withdraw reference to the Magistrate Judge.

IT IS ORDERED that the following briefing schedule is adopted:

- Respondents' return is due by October 28, 2025.
- Petitioner's response is due October 31, 2025.
- The Petition will be noted for October 31, 2025.

DONE this 27th day of October 2025.

*John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUPPLEMENTAL MOTION FOR
BRIEFING SCHEDULE AND TO WITHDRAW REFERENCE
TO MAGISTRATE JUDGE
(*Pham v. Bondi, et.al.*, CV25-1835-BHS-SKV) - 1