UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VINH HOANG PHAM, | ) | No. CV25-1835-JHC |
| | ) | |
| Petitioner, | ) | |
| | ) | WRIT OF HABEAS CORPUS |
| v. | ) | |
| | ) | |
| PAMELA BONDI, Attorney General of the United States; *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner Vinh Hoang Pham's petition for writ of habeas corpus (Dkt. 1) is GRANTED. Dkt. # 16. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

DONE this 7th day of November, 2025.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS
(*Pham v. Bondi, et.al.*, CV25-1835-JHC) - 1